IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MICHAEL DEWBERRY,

    Movant,

v.                                                          CIVIL ACTION NO.  3:16-5830
                                                              Criminal Case No. 3:13-00062

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION AND ORDER**

       This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Defendant's Motion for Relief Pursuant to 28 U.S.C. § 2555 Based on New Rule of Constitution Law (ECF No. 182) and dismiss this civil action from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

       Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Defendant's Motion for Relief Pursuant to 28 U.S.C. § 2555 Based on New Rule of Constitution Law (ECF No. 182) and **DISMISSES** this civil action from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: October 5, 2018

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE